P. Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
415-450-0100 (tel.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>VENTURA BEACH VENTURES LLC, a California limited liability company dba Crowne Plaza Ventura Beach,<br><br>Defendant. | Case No: 2:22-cv-4093<br><br>**PLAINTIFF THERESA BROOKE'S NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |

Please take notice that Plaintiff Theresa Brooke appeals to the Ninth Circuit Court of Appeals. This appeal is made pursuant to 28 U.S.C. 1291 and *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). The orders appealed, which are final, and the basis for said appeals are provided as follows:

- ❖ Doc. 27 Order declining supplemental jurisdiction over Plaintiff's Unruh Act claim. The basis for this appeal is that there are no compelling reasons to decline supplemental jurisdiction pursuant to *Arroyo v. Rosas*;
- ❖ Doc. 31 Order granting Defendant's Motion to Dismiss. The basis for the appeal is that (a) Plaintiff sufficiently alleged standing pursuant to *Whitaker v. Tesla* and *CREEC*, and (b) Plaintiff's allegations sufficiently provided notice of the ADA violation pursuant to *Twombly*;

1 ❖ Doc. 34 Order dismissing Plaintiff's ADA claim without prejudice.

2

3     RESPECTFULLY SUBMITTED this 15th day of August, 2022.

4

5                                         /s/ P. Kristofer Strojnik
                                          P. Kristofer Strojnik (242728)
6                                         Attorneys for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28