UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 01 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>VENTURA BEACH VENTURES LLC, a California limited liability company, DBA Crowne Plaza Ventura Beach,<br><br>Defendant - Appellee. | No. 22-55777<br><br>D.C. No. 2:22-cv-04093-SB-KS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered August 07, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $106.60.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT